**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

**In re:**                                                      **Case No.: 26–10275 – B357**
Turnage Farms                                           **Chapter: 12**

**Debtor(s)**

## ORDER AND NOTICE OF DOCUMENTS DUE

**The following documents were not filed with the voluntary petition or by the date of the order of conversion. They are due within 14 days from the date of filing of the above listed bankruptcy petition or from the date of the order of conversion.**

**NOTICE IS HEREBY GIVEN THAT FAILURE TO TIMELY FILE THE DOCUMENTS NOTED BELOW** ☑
**OR FILE A WRITTEN REQUEST FOR EXTENSION OF TIME WITHIN THE 14–DAY PERIOD MAY LEAD TO DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE OR HEARING OR MAY LEAD TO OTHER ACTION.**

☐ The Filer incorrectly filed the Individual Form for at least one or more of the documents indicated below. The correct NON–INDIVIDUAL Form MUST be filed.

☐ A Summary of Your Assets and Liabilities (Official Form B206Sum)

☐ Schedule A/B: Property – Non–Individual (Official Form B206A/B)

☐ Schedule D: Creditors Who Hold Claims Secured by Property (Official Form B206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form B206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form B206G)

☐ Schedule H: Your Codebtors (Official Form B206H)

☐ Declaration Under Penalty of Perjury On Behalf of a Corporation or Partnership (Official Form B202)

☐ Statement of Your Financial Affairs (Official Form B207)

☑ Disclosure of Compensation of Attorney for Debtor (Federal Rule of Bankruptcy Procedure 2016(b)) (Official Form B2030)

☑ A Summary of Your Assets and Liabilities; All Schedules; Declaration Under Penalty of Perjury on Behalf of a Corporation or Partnership; and Statement of Your Financial Affairs.

☐ Voluntary Petition, Official Form B101, was filed. Voluntary Petition, Official Form B201, MUST be filed as an Amended Petition.

☑ Statement of Corporate Ownership required by Federal Rule of Bankruptcy Procedure 1007(a)(1) and 7007.1.

☐ List of Equity Security Holders required by Federal Rule of Bankruptcy Procedure 1007(a)(3)

☐ Documents required to be filed pursuant to Local Rule 1019(A)(3)

☐ Matrix and Verification of Matrix in Converted Case, if Creditors are being added (L.R. 1019)

☐ Other

**Copies of the Official Forms referenced above can be accessed at:**
https://www.uscourts.gov/forms/bankruptcy–forms

*Brian C. Walsh*

**U. S. Bankruptcy Judge**

**Dated:** 4/22/26
**St. Louis, Missouri**
**Rev.** 04/25 defnon14