**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| In re: | ) Case No. 26-10275-357 |
| | ) Chapter 12 |
| **TURNAGE FARMS** | ) |
| | ) Hearing Date: August 31, 2026 |
| Debtor. | ) Hearing Time: 2:00 p.m. |
| | ) Response Date: August 24, 2026 |
| | ) Hearing Location: United States Bankruptcy Court |
| | ) Eastern District of Missouri, Southeastern |
| | ) Division, United States Courthouse, Rush Hudson |
| | ) Limbaugh Sr. Federal Building, Courtroom, 3A |
| | ) 555 Independence Street, Cape Girardeau, |
| | ) Missouri 63701 |

**NOTICE AND CONSENT MOTION TO**
**ASSUME LEASES OF FARM LAND**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY THE RESPONSE DATE SHOWN ABOVE. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS**

COME NOW Debtor, Turnage Farms, by and through its attorney Kelvin W. Birk, and for its Consent Motion to Assume Leases of Farm Land (the "Motion"), Debtor states as follows:

1. Debtor filed its Petition for Relief Under Chapter 12, Title 11 United States Code April 22, 2026.

2. Pursuant to 11 U.S.C. § 1107, Debtor has the rights and powers of the trustee in

bankruptcy with a few inapplicable exceptions detailed in 11 U.S.C. § 1106(a)(2)(3) and (4).

3.      Pursuant to 11 U.S.C. § 365(a)(d) the trustee, "subject to the court's approval," may assume any lease of the Debtor.

4.      Pursuant to Federal Rule of Bankruptcy Procedure 6006(a), a proceeding to assume an executory contract is governed by Fed R Bankr P 9014 and therefore is a contested matter.

5.      The Debtor requests this Court grant it authority to assume the following lease for the purpose of renting assets for the purpose of farming (the "Lease").

> Landlord: Jointly, Kersey Brothers, LLC & Keith Rollin Farms, LLC
>
> Type of Lease: Written – Cash Rent
>
> Date of Entering into Lease – January 10, 2024
>
> Length of Lease – Three Years
>
> Current – Yes

6.      The leased assets are essential to the Debtor's production of income and the Lease is therefore necessary for successful reorganization.

7.      The Debtor is current on all obligations under the Lease.

8.      Joint Landlords, Kersey Brothers, LLC & Keith Rollin Farms, LLC each consent to this Motion via their counsel.

WHEREFORE, Debtor requests an order for authority to assume the Lease.

Dated: July 14, 2026                          Respectfully submitted,

                                              BIRK LAW FIRM, LC

                                              /s/ Kelvin W. Birk
                                              Kelvin W. Birk, Bar #48274
                                              Birk Law Firm, LC
                                              2851 Professional Court, Suite C
                                              Cape Girardeau, MO  63703
                                              Phone   573-332-8585

Fax      573-332-0660
Email    kbirk@birklegal.com
Attorney for Debtor


O'LOUGHLIN & KOETTING LAW, LLC

/s/ Erica D. Koetting
Erica D. Koetting
U.S. District Court Bar #51908MO
Attorneys at Law
1736 N. Kingshighway
Cape Girardeau, MO  63701
Telephone:  573/334-9104
Facsimile:  573/334-5256
ericak@oloughlinlawfirm.com


**<u>CERTIFICATE OF MAIL AND ELECTRONIC SERVICE</u>**

I certify that a true and correct copy of the foregoing document was filed electronically on July 14, 2026 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served on July 14, 2026 by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below and on the attached matrix.

Lonnie Kersey
Kersey Brothers, LLC & Keith Rollin Farms, LLC
9057 Enclave Hollow Loop West
Germantown, TN 38139


/s/ Kelvin W. Birk
Kelvin W. Birk